Frank Babiak, Jr., Plaintiff-Appellee, v. Nathan Strum and Ida Strum, Defendants-Appellants.

Gen. No. 10,194.

Third District.

January 21, 1959.

Rehearing denied February 5, 1959.

Released for publication February 6, 1959.

Lawrence Swinyer, for appellants; Stevens, Herndon & Nafziger (W. Knowles Laird, of counsel) for appellee. Opinion by PRESIDING JUSTICE ROETH. **Not to be published in full.**